RECEIVED
IN LAKE CHARLES, LA
AUG 07 2006
PAM
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAKE CHARLES DIVISION

| | | |
|---|---|---|
| **LOUISIANA PATIENTS' COMPENSATION OVERSIGHT BOARD** | : | **DOCKET NO. 2:00 CV 1787** |
| | : | **JUDGE MINALDI** |
| **VERSUS** | | |
| **ST. PAUL FIRE & MARINE INSURANCE COMPANY** | : | **MAGISTRATE JUDGE WILSON** |

## ORDER

Considering the foregoing motion by defendant St. Paul Fire & Marine Insurance Company and the accompanying memorandum of authorities,

IT IS HEREBY ORDERED under Rule 60(b) of the Federal Rules of Civil Procedure that the defendant be granted relief from the "without prejudice" aspect of the order of dismissal of this civil action signed by the Court on September 16, 2005, and that this civil action now be dismissed with prejudice.

Lake Charles, Louisiana, this 7 day of _____, 2006.

_____
UNITED STATES DISTRICT JUDGE

BR.455642.1